**1**

Bill BURNETT v. STATE. (No. 10445.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. W. B. Browder, of Willis, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of San Jacinto county for manufacturing intoxicating liquor; punishment one year in the penitentiary. The record contains no statement of facts and no bills of exception. The indictment is in conformity with law, and the charge of the court presents the case correctly to the jury. No error appearing, the judgment will be affirmed.

═══════

**2**

Earl CATE v. STATE. (No. 10409.) (Court of Criminal Appeals of Texas. Oct. 27, 1926.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. G. R. Smith, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon the request of the appellant, duly verified by his affidavit in writing, the appeal is dismissed.

═══════

**3**

Ex parte Hebren COOK. (No. 10546.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, Nacogdoches County; C. A. Hodges, Judge. Seale & Denman, of Nacogdoches, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. It is made to appear by affidavit on file in this court that, since the filing of this application for habeas corpus, applicant has been released from custody upon the failure of the grand jury to return an indictment against him. Having been freed from the illegal restraint alleged, there no longer exists a necessity for the consideration of this application. Same will be accordingly dismissed.

═══════

**4**

Maynard DAGLEY v. STATE. (No. 10353.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from Floyd County Court; E. C. Nelson, Jr., Judge. Mathews & Folley, of Floydada, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Appellant pleaded guilty in the county court of Floyd county to misdemeanor theft, and was given a fine of $15 and seven days' imprisonment in the county jail. There are in the record neither bills of exception nor statement of facts. Appellant filed a lengthy motion for new trial, supported by affidavits, and in considering and overruling same the court made a lengthy statement, which is also supported by numerous affidavits. We have examined these matters carefully, and believe the court justified in his action in this regard. The judgment will be affirmed.

═══════

**5**

Claude DILLON v. STATE. (No. 10405.) (Court of Criminal Appeals of Texas. Oct. 13, 1926.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. V. L. Shurtleff, of Breckenridge, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is embezzlement of property of the value of $50 or over; punishment fixed at confinement in the penitentiary for a period of three years. Since the filing of his appeal, appellant has filed a written motion, duly verified, requesting a dismissal of the appeal. The motion is granted, and the appeal is ordered dismissed.

═══════

**6**

Ralph EBY v. STATE. (No. 10619.) (Court of Criminal Appeals of Texas. Nov. 3, 1926.) Appeal from District Court, Smith County; J. R. Warren, Judge. Nat Brooks, of Tyler, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for theft by bailee of property over the value of $50; punishment being assessed at confinement in the penitentiary for two years. The record contains no statement of facts nor bills of exception. In such condition, nothing is presented for review, and the judgment is affirmed.

═══════

**7**

E. L. FERAY v. STATE. (No. 10407.) (Court of Criminal Appeals of Texas. Nov. 11, 1926.) Appeal from District Court, Ellis County; W. L. Harding, Judge. See, also, 279 S. W. 470. Whipple & Wray, of Waxahachie, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is manslaughter; punishment fixed at confinement in the penitentiary for a period of four years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.